**DISMISS; and Opinion Filed October 23, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01188-CV

**KELVIN CALLOWAY, Appellant**
**V.**
**VONCIEL JOHNSON CALLOWAY, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11435**

## MEMORANDUM OPINION

Before Justices Lang, Fillmore, and Schenck
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal. Appellant no longer wishes

to pursue the appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

181188F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KELVIN CALLOWAY, Appellant

No. 05-18-01188-CV      V.

VONCIEL JOHNSON CALLOWAY,
Appellee

On Appeal from the 254th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-18-11435.
Opinion delivered by Justice Schenck.
Justices Lang and Fillmore participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee VONCIEL JOHNSON CALLOWAY recover her costs of this appeal from appellant KELVIN CALLOWAY.

Judgment entered this 23rd day of October, 2018.